IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIAMUHE (SHENZHEN) LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No.: 17-cv-6106 <br><br> FILED UNDER SEAL |

# SCHEDULE A

## Defendants

| No. | Vendor Name |
|---|---|
| 1 | *youneed* |
| 2 | alittlethings |
| 3 | allforu88 |
| 4 | Ambergreen |
| 5 | atchyshop |
| 6 | backfull |
| 7 | BAH Store |
| 8 | Beautiful & confident Store |
| 9 | bitb99 |
| 10 | bytechina |
| 11 | chadster714 |
| 12 | chusebeauty |
| 13 | Cixi Pilijiaowa Electrical Factroy |
| 14 | Cixi Utrust Electric Appliance Co., Ltd. |
| 15 | cnselectronics |
| 16 | cuckooshop |
| 17 | cyberstorepro |
| 18 | Dongguan Hongsen Hairdressing Equipment Technology Co., Ltd. |
| 19 | elekstadt |

| | |
|---|---|
| 20 | Fashion Globel HK Co.,Ltd |
| 21 | get-your-best-stuff |
| 22 | GKandaa |
| 23 | gogoskucom |
| 24 | Guangzhou Welltop Electronic Co., Ltd. * |
| 25 | hailitech |
| 26 | Hangzhou Supernanny Import&Export Co., Ltd. |
| 27 | honshe_9 |
| 28 | idchara_0 |
| 29 | igord18 |
| 30 | intershop26 |
| 31 | jcstore011 |
| 32 | jessicazhou726 |
| 33 | KBT VC Store |
| 34 | Kemei Personal Care Expert |
| 35 | KRKMart |
| 36 | laida-au |
| 37 | letigo2017 |
| 38 | LinLin brilliant Store |
| 39 | love_song |
| 40 | newmango |
| 41 | Ningbo Homebeauty Electrical Appliances Co., Ltd. |
| 42 | nous708 |
| 43 | outletestore |
| 44 | PvK |
| 45 | reliability_king |
| 46 | renatestamere |
| 47 | Rivva Hair-Styling Store |
| 48 | SellerofDream |
| 49 | Shenzhen Aigocity Network Co., Ltd. |
| 50 | Shenzhen Best4U Technology Co., Ltd. |
| 51 | Shenzhen Hai Li Xuan Technology Co., Ltd. |
| 52 | Shenzhen HAWEEL Technology Limited |
| 53 | Shenzhen JYC Technology Ltd. (Gift Promotion Branch) |
| 54 | Shenzhen Lambo Electronical Co., Ltd. |
| 55 | Shenzhen Link Beauty Technology Co., Ltd. |
| 56 | Shenzhen Oriphe Technology Co., Ltd. |
| 57 | slpump - Kemei |

| | |
|---|---|
| 58 | SmallGadgets |
| 59 | SSFT online Store |
| 60 | thanhluan_1904 |
| 61 | The Sky MainLand Mall Co., LTD |
| 62 | ThingsWebStore |
| 63 | tony181199_5 |
| 64 | walsoon-tech2 |
| 65 | wonderlink |
| 66 | Y_mia |
| 67 | Yiwu City Kemei Electric Appliance Co., Limited |
| 68 | Yuyao L&F Industry Co., Ltd. |
| 69 | Zhejiang Teling Light Industry Co., Ltd. * |
| 70 | Zhejiang Yongkang Mry Industry & Trade Co., Ltd. |
| 71 | Zhongshan Uchok Plastic Factory |
| 72 | Cooperate Logistics Co., Ltd |
| 73 | Beautiful Heartbeats Store |
| 74 | Rose Store |
| 75 | ShoppingChum |
| 76 | beautyecho |
| 77 | mylife2013 |
| 78 | terryliang |
| 79 | Tutuguigui |
| 80 | 2014flybear |
| 81 | bebekbanyak |
| 82 | bestdealhere |
| 83 | beston88 |
| 84 | chandnichowk-shop |
| 85 | tom316shop |
| 86 | ttmallzone365 |
| 87 | soloshopper |
| 88 | techandpromo |

| No. | Defendant Online Marketplace |
|---|---|
| 1 | http://www.ebay.com/usr/*youneed*?_trksid=p2047675.l2559 |
| 2 | http://www.ebay.com/usr/alittlethings?_trksid=p2047675.l2559 |
| 3 | http://www.ebay.com/usr/allforu88?_trksid=p2047675.l2559 |
| 4 | http://www.bonanza.com/booths/Ambergreen |
| 5 | http://www.ebay.com/usr/atchyshop?_trksid=p2047675.l2559 |

| | |
|---|---|
| 6 | https://www.ioffer.com/selling/backfull |
| 7 | https://www.aliexpress.com/store/2662152?spm=2114.01010208.3.181.i7nKGR |
| 8 | https://www.aliexpress.com/store/2813113?spm=2114.10010108.100005.1.i0ogI7 |
| 9 | http://www.ebay.com.au/usr/bitb99?_trksid=p2047675.l2559 |
| 10 | http://www.dhgate.com/store/20103961 |
| 11 | https://www.ioffer.com/selling/chadster714 |
| 12 | http://www.ebay.com/usr/chusebeauty?_trksid=p2047675.l2559 |
| 13 | https://cxpljw.en.alibaba.com/ |
| 14 | https://utrust.en.alibaba.com/ |
| 15 | http://www.bonanza.com/booths/cnselectronics |
| 16 | http://www.ebay.com/usr/cuckooshop?_trksid=p2047675.l2559 |
| 17 | http://www.ebay.com/usr/cyberstorepro?_trksid=p2047675.l2559 |
| 18 | https://hongsen2014.en.alibaba.com/?spm=a2700.8239084.0.0.bPRgIA |
| 19 | http://www.ebay.com/usr/elekstadt?ul_noapp=true |
| 20 | https://www.aliexpress.com/store/2147017?spm=2114.10010108.100005.1.65HX5b |
| 21 | http://www.ebay.com/usr/get-your-best-stuff?_trksid=p2047675.l2559 |
| 22 | http://www.bonanza.com/booths/GKandaa |
| 23 | http://www.ebay.com/usr/gogoskucom?_trksid=p2047675.l2559 |
| 24 | https://well-top.en.alibaba.com/ |
| 25 | http://www.ebay.com/usr/hailitech?_trksid=p2047675.l2559 |
| 26 | https://supernanny.en.alibaba.com/?spm=a2700.8239084.0.0.22e4D1 |
| 27 | http://www.ebay.com/usr/honshe_9?_trksid=p2047675.l2559 |
| 28 | http://www.ebay.com/usr/idchara_0?_trksid=p2047675.l2559 |
| 29 | http://www.ebay.com/usr/igord18?_trksid=p2047675.l2559 |
| 30 | http://www.ebay.com/usr/intershop26?_trksid=p2047675.l2559 |
| 31 | http://www.bonanza.com/booths/jcstore011 |
| 32 | http://www.ebay.com/usr/jessicazhou726?_trksid=p2047675.l2559 |
| 33 | https://www.aliexpress.com/store/2714016?spm=2114.01010208.3.189.VAFyZ5 |
| 34 | https://www.aliexpress.com/store/1654052?spm=2114.10010108.100005.1.qHUK0J |
| 35 | http://www.bonanza.com/booths/KRKMart |
| 36 | http://www.ebay.com/usr/laida-au?_trksid=p2047675.l2559 |
| 37 | http://www.ebay.com/usr/letigo2017?_trksid=p2047675.l2559 |
| 38 | https://linlin.aliexpress.com/store/2207167?spm=2114.01010208.3.11.lWBRaL |
| 39 | http://www.dhgate.com/store/20497642 |
| 40 | http://contact.ebay.com/ws/eBayISAPI.dll?ContactUserNextGen |
| 41 | https://nbjiamei.en.alibaba.com/ |
| 42 | https://www.ioffer.com/selling/nous708 |
| 43 | http://stores.ebay.com/outletestore?_trksid=p2047675.l2563 |

| | |
|---|---|
| 44 | http://www.bonanza.com/booths/PvK |
| 45 | http://www.ebay.com/usr/reliability_king?_trksid=p2047675.l2559 |
| 46 | https://www.ioffer.com/selling/renatestamere |
| 47 | https://www.aliexpress.com/store/1992013?spm=2114.01010208.3.178.ETVnmO |
| 48 | http://www.bonanza.com/booths/SellerofDream |
| 49 | https://igocity.en.alibaba.com/ |
| 50 | https://best-tech.en.alibaba.com/ |
| 51 | https://aushen.en.alibaba.com/ |
| 52 | https://haweel.en.alibaba.com/ |
| 53 | https://beautywholesome.en.alibaba.com/ |
| 54 | https://szlambo1979.en.alibaba.com/ |
| 55 | https://linkbeauty.en.alibaba.com/ |
| 56 | https://oriphe.en.alibaba.com/ |
| 57 | http://www.dhgate.com/store/20116453 |
| 58 | http://www.bonanza.com/booths/SmallGadgets |
| 59 | https://www.aliexpress.com/store/2027055?spm=2114.10010108.100005.1.QVtwlF |
| 60 | http://www.ebay.com/usr/thanhluan_1904?_trksid=p2047675.l2559 |
| 61 | https://www.aliexpress.com/store/1764553?spm=2114.01010208.3.92.hxg4UM |
| 62 | http://www.bonanza.com/booths/ThingsWebStore |
| 63 | http://www.ebay.com/usr/tony181199_5?_trksid=p2047675.l2559 |
| 64 | http://www.ebay.com/usr/walsoon-tech2 |
| 65 | http://www.dhgate.com/store/wonderlink |
| 66 | http://www.bonanza.com/booths/Y_mia |
| 67 | https://yiwukemei.en.alibaba.com/ |
| 68 | https://lifeng1518.en.alibaba.com/ |
| 69 | https://teling.en.alibaba.com/ |
| 70 | https://cnclipper.en.alibaba.com/ |
| 71 | https://oba.en.alibaba.com/ |
| 72 | https://logistics.en.alibaba.com/ |
| 73 | https://www.aliexpress.com/store/2926027 |
| 74 | https://www.aliexpress.com/store/2335325?spm=2114.10010108.100005.1.BvnsnX |
| 75 | http://www.bonanza.com/booths/ShoppingChum_1 |
| 76 | http://www.dhgate.com/store/20428605#st-navigation-storehome |
| 77 | http://www.dhgate.com/store/16693760 |
| 78 | http://www.dhgate.com/store/19901166 |
| 79 | http://www.dhgate.com/store/18296087 |
| 80 | http://www.ebay.com/usr/2014flybear?_trksid=p2047675.l2559 |
| 81 | http://www.ebay.com/usr/bebekbanyak?_trksid=p2047675.l2559 |

| | |
|---|---|
| 82 | http://stores.ebay.com/Bestdealhere-Inc?_trksid=p2047675.l2563 |
| 83 | http://stores.ebay.com/beston88?_trksid=p2047675.l2563 |
| 84 | http://www.ebay.com/usr/chandnichowk-shop?_trksid=p2047675.l2559 |
| 85 | http://www.ebay.com/usr/tom316shop?_trksid=p2047675.l2559 |
| 86 | http://www.ebay.com/usr/ttmallzone365?_trksid=p2047675.l2559 |
| 87 | https://www.ioffer.com/selling/soloshopper |
| 88 | https://www.ioffer.com/selling/techandpromo?query=Kemei |