# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| JIAMUHE (SHENZHEN) LTD., <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No.: 17-cv-6106 <br><br> Judge Gary Feinerman <br><br> Magistrate Judge Daniel G. Martin |

## NOTICE OF MOTION

**PLEASE TAKE NOTICE** that on Tuesday, September 5, 2017, at 9:00 a.m., Plaintiff, by its counsel, shall appear before the Honorable Judge Gary Feinerman in Courtroom Room 2125 at the U.S. District Court for the Northern District of Illinois, 219 South Dearborn Street, Chicago, Illinois, and present Plaintiff's Motion for Entry of a Preliminary Injunction.

DATED: August 29, 2017

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt, Esq. (Bar No. 6207971)
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail: keith@vogtip.com

Perry J. Hoffman, Esq. (Bar No. 6211115)
Perry Hoffman & Associates P.C.
2100 Sanders Road, Suite 200
Northbrook, Illinois 60062
Telephone: 847-809-4285
E-mail: perry@WeDoIP.com

***ATTORNEYS FOR PLAINTIFF***

**CERTIFICATE OF SERVICE**

I hereby certify that on August 29, 2017, I will electronically file the foregoing with the Clerk of the Court using the CM/ECF system, I will electronically publish the documents on a website to which the Defendant Domain Names that have been transferred to JSL's control now redirect, and I will send an e-mail to the e-mail addresses identified in Exhibit 2 to the Declaration of Yi Xu and any e-mail addresses provided for Defendants by third parties that includes a link to said website.

*/s/ Keith A. Vogt*
Keith A. Vogt, Esq.