## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1.2
## Eastern Division

Jiamuhe (Shenzhen) Ltd.

                                                Plaintiff,

v.                                                                                         Case No.: 1:17−cv−06106

                                                                                           Honorable Gary Feinerman

The Partnerships and Unincorporated Associations
Identified on Schedule "A", et al.

                                                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 5, 2017:

      MINUTE entry before the Honorable Gary Feinerman:Motion hearing held. Status hearing held and continued to 9/19/2017 at 9:00 a.m. Plaintiff's motion for preliminary injunction [16] is entered and continued to 9/19/2017 at 9:00 a.m. Plaintiffs oral motion to unseal Dkt. 5 and Dkt. 10 is granted. The Clerk is directed to unseal Dkt. 5 and Dkt. 10.Mailed notice.(jlj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.