IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JIAMUHE (SHENZHEN) LTD., <br><br>    Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br>    Defendants. | Case No.: 17-cv-6106 <br><br> Judge Gary Feinerman <br><br> Magistrate Judge Daniel G. Martin |

**NOTICE OF DISMISSAL WITHOUT PREJUDICE**

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff hereby files this Notice of Voluntary Dismissal as to Defendants Nos. 1, 2, 4-16, 18, 20-24, 27-31, 33-36, 38-48, 51, 53-63, 66, 68-71, 73-77, 79, 81, 83-88 without prejudice.

The sole remaining defendant in the action is Defendant No. 67 Yiwu City Kemei Electric Appliance Co., Ltd.

DATED: September 27, 2017

Respectfully submitted,

*/s/ Keith A. Vogt*
Keith A. Vogt, Esq. (Bar No. 6207971)
1033 South Blvd., Suite 200
Oak Park, Illinois 60302
Telephone: 708-203-4787
E-mail: keith@vogtip.com

Perry J. Hoffman, Esq. (Bar No. 6211115)
Perry Hoffman & Associates P.C.
2100 Sanders Road, Suite 200
Northbrook, Illinois 60062
Telephone: 847-809-4285
E-mail: perry@WeDoIP.com

***ATTORNEYS FOR PLAINTIFF***

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 27, 2017 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record. All non-registered attorneys and/or parties will receive such filing via electronic mail.

                                              */s/ Keith A. Vogt*
                                              Keith A. Vogt, Esq.